**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00879-JLK

MARY ANGEL HINOJOSA, Individually and as personal representative for the
ESTATE OF MATTHEW MELINA,

      Plaintiffs,

v.

LT. ALAN FUSTINI,
LT. BENZONA,
LT. GEOFF RICHARDS,
CASE MANAGER THOMAS,
CASE MANAGER SALAZAR,
CASE MANAGER GONZALES, and
CORRECTIONS CORPORATION OF AMERICA,

      Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Opinion And Order On Motions To Dismiss (Doc. No. 22) by

Judge John L. Kane entered on March 31, 2016 it is

ORDERED that Defendants Thomas, Salazar, Gonzales and Corrections

Corporation Of America's Motion To Dismiss (Doc. No. 7; Filed 8/18/15) is GRANTED.

It is

FURTHER ORDERED that Motion To Dismiss (Doc. No. 14; Filed 9/22/15) is

GRANTED.  It is

FURTHER ORDERED that claims by Plaintiff Mary Angel Hinojosa, individually

and as personal representative for the Estate of Matthew Melina, against Defendants Lt. Alan Fustini, Lt. Benzona, Lt. Geoff Richards, Case Manager Thomas, Case Manager Salazar, Case Manager Gonzales, and Corrections Corporation of America, are DISMISSED.   Each side is to bear its own fees and costs.


Dated at Denver, Colorado this 31st day of March, 2016.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/  *Bernique Abiakam*

Bernique Abiakam
Deputy Clerk